UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

THE SHINE SHOP, INC.,                            |
                                                 |
        Plaintiff,                               |
                                                 |
v.                                               |       Case No. 1:20CV-1004
                                                 |
UNITED PARCEL SERVICE                            |
OASIS SUPPLY CORPORATION,                        |
                                                 |
        Defendant.                               |
_____|

## NOTICE OF SETTLEMENT

Come the parties, through their counsel, and provide notice to the Court that the parties

have entered into a compromise settlement of all claims arising herein.  The parties have

complied with Paragraph 9 of the Court's August 11, 2020 Scheduling Order by leaving

voicemails with the court regarding settlement and now seek removal of the case from the docket

and entry of an order of dismissal with prejudice.

Respectfully submitted,


*/s/ James C. Baker, Jr.*
James C. Baker, Jr., #86009
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Ave., Suite 2000
Little Rock, Arkansas  72201
baker@fridayfirm.com

and

Ryan R. Corkery
ANSA ASSUNCAO, LLP
1600 JFK Blvd, Suite 900,
Philadelphia, Pennsylvania, 19103
Ryan.corkery@ansalaw.com

*Attorneys for Defendant*


42976\0003\8062260.v1

## CERTIFICATE OF SERVICE

I, JAMES C. BAKER, JR., counsel for UPS Oasis, hereby certify that a copy of the above and foregoing has been served on the following counsel of record by the USDC Electronic Notification System this 2nd day of November, 2020.

James M. Pratt, Jr.
Attorney at Law
Post Office Box 938
Camden, AR 71711
jamiepratt@cablelynx.com


*/s/ James C. Baker, Jr.*
James C. Baker, Jr.

2